```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 ROBERT DINGLE, JR.,

                   Plaintiff,            MEMORANDUM & ORDER
                                         24-CV-4026 (EK)(CHK)

         -against-

 CITY OF NEW YORK, et al.,

                   Defendants.

-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

        Plaintiff brings several civil rights claims that arise from his work at the New York Department of Sanitation and an ensuing state litigation. These include claims against New York State Supreme Court Justice Kevin Kerrigan. Justice Kerrigan has moved to dismiss on the ground that he is immune from suit. For the reasons that follow, that motion is granted. Decision is reserved, for the time being, on the remaining defendants' motion to dismiss. *See* ECF No. 28.

        Justice Kerrigan presided over Robert Dingle's state case and "denied relief under CPLR Article 78." Compl. 9, ECF No. 1. Dingle seeks "$300,000 in punitive damages from the Hon. Ju[stice] Kevin Kerrigan . . . for Deliberate Indifference and Malicious Prosecution for failing to render a decision in accordance with CPLR Article 78 and prohibiting the conduct of defendants." *Id.* at 11.

Judges are immune from suit for acts taken in their judicial capacity. *See Mireles v. Waco*, 502 U.S. 9, 11 (1991). This immunity may be pierced only when a judge acts outside the judicial function or in the "complete absence" of jurisdiction. *Id.* at 11-12. Even allegations of malice or corruption are insufficient to overcome this immunity. *Id.* at 11. Here, the complaint alleges no facts that Justice Kerrigan acted outside the judicial function or in the absence of jurisdiction. *Id.* at 11-12.

For the foregoing reasons, the claims against Justice Kerrigan are dismissed without prejudice. The Clerk of Court is respectfully requested to dismiss Justice Kerrigan from the case, mail a copy of this order to the plaintiff, and note the mailing on the docket.

SO ORDERED.

                                                    /s/ Eric Komitee
                                                    ERIC KOMITEE
                                                    United States District Judge

Dated:   September 30, 2025
             Brooklyn, New York